1  Jennifer Stisa Granick, Esq. (CA Bar No. 168423)
   ZWILLGEN PLLC
2  425 Market Street, 22nd Floor
   San Francisco, CA 94105
3  Phone: (415) 684-8111
   Fax: (415) 397-6309
4  jennifer@zwillgen.com
5  *Attorneys for Defendant iOffer*

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           OAKLAND DIVISION

10

11 | PETER DEACON,              ) Case No. 11-CV-4674 SBA
                                )
12 |                            ) **NOTICE OF APPEARANCE**
                 Plaintiff,     )
13 |                            )
           v.                   )
14 |                            )
                                )
15 | PANDORA MEDIA, INC.,       )
                                )
16 |                            )
                 Defendant.     )
17 |                            )

18

19

20     PLEASE TAKE NOTICE that the undersigned ZwillGen PLLC attorney hereby appears as

21 counsel in the above proceeding for Defendant Pandora Media, Inc., and requests that all

22 notices, including all electronic ("ECF") notices, given or required to be given, and all papers

23 filed or served in this action be provided to and served upon the undersigned attorney at the

24 street and/or email address listed below:

25

26

27

28                                         -1-

*Case No. 11-CV-4674 SBA*
*NOTICE OF APPEARANCE OF ATTORNEY GRANICK*

1  Jennifer S. Granick
   ZwillGen PLLC
2  425 Market Street, 22nd Floor
   San Francisco, CA  94105
3  (415) 684-8111
   Jennifer@zwillgen.com
4

5

6  Dated: October 10, 2011          ZWILLGEN PLLC

7                                   Signature:   s/Jennifer S. Granick

8                                   Jennifer S. Granick
                                    Attorney for Pandora Media, Inc.
9                                   *Defendant*

10

-2-

*Case No. 11-CV-4674 SBA*
*NOTICE OF APPEARANCE OF ATTORNEY GRANICK*