1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

12

13

14

15

16

17

18

19

20

21

22

| | |
|---|---|
| PETER DEACON,<br>Individually, and on behalf of a<br>class of all others similarly<br>situated,<br><br>            Plaintiffs,<br><br>   v.<br><br><br>PANDORA MEDIA, INC.,<br><br>          Defendant. | Case No. 11-CV-4674 SBA<br><br>[PROPOSED] ORDER<br>GRANTING DEFENDANT<br>PANDORA'S MOTION TO<br>DISMISS PURSUANT TO<br>FED. R. CIV. P. 12(b)(6) |

23

24

25

26

27

    On March 20, 2012, Defendant Pandora Media, Inc.'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) came for hearing.  After reviewing and considering the papers on file relating to this Motion, the arguments of counsel thereon, as well as any and all other records on file in this case, the Court hereby rules as follows:

28

1

2

3      IT IS HEREBY ORDERED that Pandora Media, Inc's Motion to Dismiss

4  Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) is GRANTED, and

5  that the Complaint is hereby DISMISSED with prejudice.

6      The grounds for dismissal without leave to amend are that the Michigan

7  Video Rental Privacy Act  ("VRPA") does not apply to Pandora, an Internet radio

8  provider, because Pandora does not rent, lend or sell sound recordings. M.C.L.

9  § 445.1713; *United States v. Am. Soc'y of Composers,* 627 F.3d 64, 74 (2d Cir.

10  2010).

11      The Michigan Consumer Protection Act ("MCPA") claim is dismissed because

12  the VRPA does not apply to Pandora, Pandora's statements were not misleading as a

13  matter of law, and a regulated business like Pandora is exempt from liability under

14  the MCPA. M.C.L. § 445.904; *Liss v. Lewiston-Richards, Inc.*, 732 N.W.2d 514,

15  521 (Mich. 2007).

16  DATED:

17                                         _____

18                                         United States District Judge

19                                         Hon. Saundra Brown Armstrong

20                                         Northern District of California

21

22

23

24

25

26

27

28
                                         -2-