UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

|  |  |
|---|---|
| PETER DEACON, Individually, and on behalf of a class of all others similarly situated, | Case No. 11-CV-4674 SBA |
| Plaintiff, | **STIPULATION AND ORDER GRANTING PANDORA LEAVE TO EXCEED STANDING ORDER PAGE LIMIT** |
| v. | |
| PANDORA MEDIA, INC., | |
| Defendant. | |

Plaintiff Peter Deacon ("Plaintiff") and Defendant Pandora Media, Inc. ("Pandora"), by and through their counsel and subject to the Court's approval, hereby STIPULATE AS FOLLOWS:

WHEREAS, Plaintiff filed his Complaint September 20, 2011 (Docket 1), service was waived on September 26, 2011, and a response is due November 28, 2011 (Docket 10);

WHEREAS, Pandora requests additional pages for its Motion to Dismiss; and

WHEREAS, Plaintiff does not oppose Pandora's Administrative Motion To Exceed Page Limit in its Motion to Dismiss by 5 pages.

1  NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BETWEEN
2  THE PARTIES THAT, subject to the Court's approval:
3  On or before November 28, 2011, Pandora may exceed the page limit set forth in Judge
4  Armstrong's Standing Orders in its Motion to Dismiss by five (5) pages.

Dated: November 22, 2011     Signature: _____/s/_____

Jennifer Stisa Granick
(Cal. Bar No. 168423)
ZWILLGEN PLLC
425 Market Street, 22nd Floor
San Francisco, CA 94105
(415) 684-8111 (tel)
(415) 397-6309 (fax)
jennifer@zwillgen.com
*Attorneys for Defendant*
*Pandora Media, Inc.*

Dated: November 22, 2011     Signature: _____/s/_____

SEAN REIS (sreis@edelson.com) - SBN 184044
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Fax: (949) 459-2123
JAY EDELSON* (jedelson@edelson.com)
ARI J. SCHARG* (ascharg@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378
*admitted pro hac vice

General Rule 45X Certification:
I, Jennifer Granick, hereby attest that I have permission from Chandler Givens and the Edelson McGuire firm to electronically sign this document on the firm's behalf.

-2-

Case No. 11-CV-4674 SBA
*STIPULATION AND [Proposed] ORDER GRANTING PANDORA LEAVE TO EXCEED PAGE LIMIT*

PURSUANT TO STIPULATION, IT IS ORDERED that Pandora be permitted to exceed the page limit set forth in my standing order C.2 by five pages.

Dated: 11/29/11          Signature: *Saundra B Armstrong*

Honorable Saundra Brown Armstrong
Judge of the United States District Court