SEAN REIS (sreis@edelson.com) - SBN 184044
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON* (jedelson@edelson.com)
ARI J. SCHARG* (ascharg@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378
*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| PETER DEACON, individually, and on behalf of a class of all others similarly situated, | Case No. 11-CV-4674 SBA |
| Plaintiff, | **STIPULATION AND ORDER RE: ENLARGEMENT OF THE BRIEFING SCHEDULE** |
| v. | |
| PANDORA MEDIA, INC., | |
| Defendant. | |

   Plaintiff Peter Deacon ("Plaintiff") and Defendant Pandora Media, Inc. ("Pandora"), by and through their counsel and subject to the Court's approval, hereby STIPULATE AS FOLLOWS:

   WHEREAS, Defendant filed its Motion to Dismiss November 28, 2011 (Docket No. 20);

   WHEREAS, Plaintiff's Response is due December 12, 2011, and Defendant's Reply is due December 19, 2011;

Case No. 11-CV-4674 SBA
*STIPULATION AND [Proposed] ORDER GRANTING PANDORA LEAVE TO EXCEED PAGE LIMIT*

1   WHEREAS, the Parties request a modest enlargement of the briefing schedule to
2   accommodate their holiday travel plans;
3   WHEREAS, there have been no previous time modifications in this matter;
4   WHEREAS, the Parties request that Plaintiff's date to Respond is extended to December
5   30, 2011, and Defendant's date to Reply is extended to January 18, 2012;
6   WHEREAS, the proposed Enlargement of the Briefing Schedule will not affect the motion
7   hearing set for March 27, 2012.
8   NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BETWEEN
9   THE PARTIES THAT, subject to the Court's approval:
10  On or before December 30, 2011, Plaintiff shall file his Response in Opposition to Defendant's
11  Motion to Dismiss.  Pandora shall file its Reply, if any, on or before January 18, 2012.

| | | |
|---|---|---|
| Dated: December 1, 2011 | Signature: | _____/s/   Sean Reis_____ |

                    SEAN REIS (sreis@edelson.com) - SBN 184044
                    30021 Tomas Street, Suite 300
                    Rancho Santa Margarita, California 92688
                    Telephone: (949) 459-2124
                    Fax: (949) 459-2123
                    JAY EDELSON* (jedelson@edelson.com)
                    ARI J. SCHARG* (ascharg@edelson.com)
                    EDELSON MCGUIRE, LLC
                    350 North LaSalle Street, Suite 1300
                    Chicago, Illinois 60654
                    Telephone: (312) 589-6370
                    Fax: (312) 589-6378
                    *Admitted *pro hac vice*

| | | |
|---|---|---|
| Dated: December 1, 2011 | Signature: | _____/s/   Jennifer Stisa Granick_____ |

                    Jennifer Stisa Granick
                    (Cal. Bar No. 168423)
                    ZWILLGEN PLLC
                    425 Market Street, 22nd Floor
                    San Francisco, CA  94105
                    (415) 684-8111 (tel)
                    (415) 397-6309 (fax)
                    jennifer@zwillgen.com
                    *Attorneys for Defendant*
                    *Pandora Media, Inc.*

General Rule 45X Certification:
I, Sean Reis, hereby attest that I have permission from Jennifer Granick and the ZwillGen firm to electronically sign this document on the firm's behalf.

-4-

Case No. 11-CV-4674 SBA
*STIPULATION AND [Proposed] ORDER GRANTING PANDORA LEAVE TO EXCEED PAGE LIMIT*

PURSUANT TO STIPULATION, IT IS ORDERED THAT: On or before December 30, 2011, Plaintiff shall file his Response in Opposition to Defendant's Motion to Dismiss. Pandora shall file its Reply, if any, on or before January 18, 2012.

Dated: 12/5/11                    Signature: *[signature: Saundra B. Armstrong]*
                                              Honorable Saundra Brown Armstrong
                                              Judge of the United States District Court