UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER DEACON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PANDORA MEDIA, INC., a Delaware corporation,<br><br>Defendant. | Case No: C 11-4674 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for March 22, 2012 is CONTINUED to April 26, 2012 at 3:30 p.m. Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: March 22, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge