1
2
3
4                    UNITED STATES DISTRICT COURT
5              FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                              OAKLAND DIVISION
7

| | |
|---|---|
| PETER DEACON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>PANDORA MEDIA, INC., a Delaware corporation,<br><br>    Defendant. | Case No:  C 11-4674 SBA<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for May 31, 2012 is CONTINUED to <u>July 5, 2012 at 3:15 p.m.</u> Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

   IT IS SO ORDERED.

Dated:  May 31, 2012

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge