UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER DEACON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>PANDORA MEDIA, INC., a Delaware corporation,<br><br>          Defendant. | Case No:  C 11-4674 SBA<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

   IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for September 26, 2012 is VACATED pending further order of the Court.

   IT IS SO ORDERED.

Dated:  September 26, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge