UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER DEACON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>PANDORA MEDIA, INC., a Delaware corporation,<br><br>    Defendant. | Case No:  C 11-4674 SBA<br><br>**ORDER GRANTING JENNIFER GRANICK'S MOTION TO WITHDRAW** |

   Good cause appearing,

   IT IS HEREBY ORDERED THAT attorney Jennifer Granick's Motion to Withdraw as counsel of record for Defendant is GRANTED.  This Order terminates Docket 28.

   IT IS SO ORDERED.

Dated:  September 28, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge