UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER DEACON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PANDORA MEDIA, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No: C 11-4674 SBA<br><br>**ORDER DISMISSING ACTION** |

　　The Court previously dismissed Plaintiff's Complaint with partial leave to amend. Dkt. 44. On October 18, 2012, Plaintiff filed a Notice of Election to Stand on His Complaint in which he indicates that he will "stand" on his original Complaint and requests entry of judgment. Dkt. 48. Accordingly, this action is hereby DISMISSED with prejudice. See Lopez v. City of Needles, 95 F.3d 20, 22 (9th Cir. 1996).

　　IT IS SO ORDERED.

Dated: November 13, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge