UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PETER DEACON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PANDORA MEDIA, INC., a Delaware corporation,<br><br>Defendant. | Case No: C 11-4674 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendant's Motion to Dismiss and Plaintiff's Notice of Election to Stand on His Complaint,

IT IS HEREBY ORDERED THAT final judgment is entered for Defendant.

IT IS SO ORDERED.

Dated: November 13, 2012

SAUNDRA BROWN ARMSTRONG
United States District Judge