SEAN REIS (SBN 184044)
(sreis@edelson.com)
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Fax: (949) 459-2123

*Counsel for Plaintiff/Appellant and the Putative Class*

\*Additional counsel appear on the signature page

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PETER DEACON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDORA MEDIA, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:11-cv-04674-SBA<br><br>**REPRESENTATION STATEMENT**<br><br>Hon. Saundra B. Armstrong<br><br>Action filed: September 20, 2011 |

Plaintiff/Appellant Peter Deacon submits this representation statement pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2 and 12-2. On appeal, Plaintiff/Appellant Deacon is represented by:

Sean P. Reis, Edelson McGuire, LLP, 30021 Tomas Street, Suite 300, Rancho Santa Margarita, California. Telephone: (949) 459-2124. Facsimile: (949) 459-2123. Email: sreis@edelson.com.

Jay Edelson, Edelson McGuire, LLC, 350 North LaSalle Boulevard, Suite 1300, Chicago, Illinois 60654. Telephone: (312) 589-6370. Facsimile: (312) 589-6378. Email: jedelson@edelson.com.

Plaintiff's Representation Statement                                   Case No. 4:11-cv-04674-SBA

1  Ryan D. Andrews, Edelson McGuire, LLC, 350 North LaSalle Boulevard, Suite 1300, Chicago, Illinois 60654. Telephone: (312) 589-6370. Facsimile: (312) 589-6378. Email: randrews@edelson.com.

Ari J. Scharg, Edelson McGuire, LLC, 350 North LaSalle Boulevard, Suite 1300, Chicago, Illinois 60654. Telephone: (312) 589-6370. Facsimile: (312) 589-6378. Email: ascharg@edelson.com.

Defendant Pandora Media, Inc. is represented by:

Michele D. Floyd, ZwillGen Law LLP, 915 Battery Street, Second Floor, Suite 3, San Francisco, California 94111. Telephone: (415) 590-2340. Email: michele@zwillgen.com.

Marc. J. Zwillinger, ZwillGen PLLC, 1705 N Street NW, Washington D.C. 20036. Telephone: (202) 296-3585. Facsimile: (202) 706-5298. Email: marc@zwillgen.com.

Jacob Alan Sommer, ZwillGen PLLC, 1705 N Street NW, Washington, D.C. 20036. Telephone: (202) 706-2505. Facsimile: (202) 706-5298. Email: jake@zwillgen.com.

Respectfully submitted,

Dated: December 12, 2012

**PETER DEACON**, individually and on behalf of all others similarly situated

By: /s/ Ari J. Scharg
 One of Plaintiff/Appellant's Attorneys

SEAN P. REIS (SBN 184044)
sreis@edelson.com
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Fax: (949) 459-2123

JAY EDELSON (*Pro Hac Vice*)
jedelson@edelson.com
RYAN D. ANDREWS (*Pro Hac Vice*)
randrews@edelson.com

1
2
3
4

ARI J. SCHARG (*Pro Hac Vice*)
ascharg@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle Boulevard, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff's Representation Statement | Case No. 4:11-cv-04674-SBA

## **CERTIFICATE OF SERVICE**

    I, Ari J. Scharg, an attorney, hereby certify that on December 12, 2012, I served the above and foregoing ***Representation Statement*** by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this December 12, 2012.

                                          /s/ Ari J. Scharg