

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 12, 2012

No.:          12-17734
D.C. No.:     4:11-cv-04674-SBA
Short Title:  Peter Deacon v. Pandora Media, Inc.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of
the United States Court of Appeals for the Ninth Circuit. The U.S. Court of
Appeals docket number shown above has been assigned to this case. You must
indicate this Court of Appeals docket number whenever you communicate with
this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an
order, or have placed an order, for portions of the trial transcripts. The court
reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal
have been set by the enclosed "Time Schedule Order," pursuant to applicable
FRAP rules. These dates can be extended only by court order. Failure of the
appellant to comply with the time schedule order will result in automatic
dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| | **FILED**<br><br>DEC 12 2012<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PETER DEACON, individually and on behalf of all others similarly situated,

        Plaintiff - Appellant,

  v.

PANDORA MEDIA, INC., a Delaware corporation,

        Defendant - Appellee.

No. 12-17734

D.C. No. 4:11-cv-04674-SBA
U.S. District Court for Northern California, Oakland

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

**Wed., December 19, 2012**    Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration.

**Fri., January 11, 2013**    Transcript shall be ordered.

**Mon., February 11, 2013**    Transcript shall be filed by court reporter.

**Fri., March 22, 2013**    Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1.

**Mon., April 22, 2013**    Appellee's answering brief and excerpts of record

shall be served and filed pursuant to FRAP 32 and
9th Cir. R. 32-1.

**The optional appellant's reply brief shall be filed and served within fourteen
days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R.
32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Gerald Rosen
Deputy Clerk