**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 21 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PETER DEACON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff-Appellant,<br><br>  v.<br><br>PANDORA MEDIA, INC., a Delaware corporation,<br><br>        Defendant-Appellee. | No.   12-17734<br><br>D.C. No. 4:11-cv-04674-SBA<br><br>ORDER[*] |

Appeal from the United States District Court
for the Northern District of California
Saundra B. Armstrong, District Judge, Presiding

Argued and Submitted February 11, 2015
San Francisco, California

Before: SCHROEDER, and SILVERMAN, Circuit Judges, and HUCK,[**] District Judge.

---

      [*]   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

      [**]   The Honorable Paul C. Huck, United States District Judge for the U.S. District Court for Southern Florida, sitting by designation.

On February 24, 2015, we certified a question to the Michigan Supreme Court, which it modified and answered on July 6, 2016.

In view of the Court's answer, which dispositively resolves this case, the judgment of the district court is AFFIRMED.